IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY A. SHARP,

    Plaintiff,                   No. 2:08cv1303 JFM PS

    vs.

UNITED STATES POSTAL SERVICE, FRESNO BRANCH,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed the instant action to obtain a federal court order requiring the United States Postal Service, Fresno Branch, to provide information concerning the whereabouts of Dr. Gary Johnson, who holds a post office box in the Fresno Branch, so that plaintiff may subpoena Dr. Johnson to testify at his civil trial in Sacramento County Superior Court, Sharp v. Bilk, et al., Case No. 03AS01630.[1] Inasmuch as plaintiff seeks a court order directed to the Fresno Branch of the United States Postal Service,

/////

---

[1] Plaintiff also references Case No. 2:08cv0443 GEB JFM P, in which he attempted to remove his civil case from state court to the instant court. Id. However, plaintiff's motion to remove was denied on April 28, 2008 and judgment was entered, and on June 4, 2008, the court affirmed that denial. Id.

1

1  this case is more appropriately handled by the Fresno Division of the United States District Court
2  for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).
3         Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
4  the proper division of a court may, on the court's own motion, be transferred to the proper
5  division of the court.  Therefore, this action will be transferred to the Fresno Division of the
6  court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
7  request to proceed in forma pauperis.
8         Good cause appearing, IT IS HEREBY ORDERED that:
9         1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
10         2. This action is transferred to the United States District Court for the Eastern
11  District of California sitting in Fresno; and
12         3. All future filings shall reference the new Fresno case number assigned and
13  shall be filed at:

   United States District Court
   Eastern District of California
   2500 Tulare Street
   Fresno, CA 93721

17  DATED: June 13, 2008.

   UNITED STATES MAGISTRATE JUDGE

21  /001; shar1303.22

2