1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

12

| | | |
|---|---|---|
| **ANTHONY A. SHARP,** | ) | **1:08-CV-0841-OWW WMW HC** |
| **Petitioner,** | ) | **ORDER DISMISSING** |
| | ) | **PETITION** |
| **vs**. | ) | |
| | ) | |
| **UNITED STATE POSTAL SERVICE,** | ) | |
| **Respondent.** | ) | |
| | ) | |
| _____ | ) | |

13
14
15
16
17
18
19
20

21         Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus

22 pursuant to 28 U.S.C. Section 2254.   This court may entertain a petition for writ of habeas

23 corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the

24 ground that he is in custody in violation of the Constitution or laws or treaties of the United

25 States." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to

26 challenge "the very fact or duration of his confinement," and where "the relief he seeks is a

27 determination that he is entitled to immediate release or a speedier release from that

28 imprisonment." Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).  In this case, Petitioner states

that he is seeking an order directing the United States Postal Service to "turn over" an application that was submitted for a post office box.  This relief cannot be obtained through a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.

Accordingly,  IT IS HEREBY ORDERED as follows:

1)   The petition for writ of habeas corpus is DISMISSED for failure to state a claim upon which relief can be granted;

2)   The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:    July 9, 2008**                              /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE

2